NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5173

INFORMATION SYSTEMS & NETWORKS CORPORATION,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.


Norman H. Singer, Singer & Associates, P.C., of Bethesda, Maryland, argued for plaintiff-appellant.

Steven M. Mager, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee.  With him on the brief were Michael F. Hertz, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Brian M. Simkin, Assistant Director.

Appealed from:  United States Court of Federal Claims

Judge Francis M. Allegra

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5173

INFORMATION SYSTEMS & NETWORKS CORPORATION,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

# Judgment

ON APPEAL from the        United States Court of Federal Claims

in CASE NO(S).        02-CV-796

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MICHEL, Chief Judge, RADER, and SCHALL, Circuit Judges).

AFFIRMED.  See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED  December 14, 2009        /s/ Jan Horbaly
                         Jan Horbaly, Clerk